JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMORIA RANDOLPH JACKSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | NO. CV 14-7412-JFW (MAN)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Denying Motion For Lack Of Jurisdiction,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 7, 2014.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE